UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

**ORBIN B. HARRIS,**

    **Plaintiff,**

    v.                                Case No. 11-CV-872

**SUPERINTENDENT MILWAUKEE COUNTY
CORRECTIONAL FACILITY - SOUTH,
D. SALSBURY, and
DAVID A. CLARKE, JR.,**

    **Defendants.**

## ORDER

Defendants filed a motion for summary judgment on September 25, 2012. In an order entered October 9, 2012, I granted plaintiff's motion for extension of time and directed plaintiff to file his response to defendants' motion for summary judgment on or before November 30, 2012. A review of the docket reveals that plaintiff has not filed a response. Therefore,

**IT IS ORDERED** that this action be **DISMISSED WITH PREJUDICE** for lack of prosecution effective **Wednesday, December 26, 2012**, pursuant to Civil Local Rule 41(c) (E.D. Wis.) (copy attached) and Federal Rule of Civil Procedure 41(b), unless prior to that date plaintiff responds to defendants' motion or establishes just cause for his failure to respond.

Dated at Milwaukee, Wisconsin, this 4th day of December, 2012.

                                                       s/ Lynn Adelman
                                                       LYNN ADELMAN
                                                       District Judge

## Civil Local Rule 41(c)
## Dismissal for Lack of Diligence

Whenever it appears to the Court that the plaintiff is not diligently prosecuting the action, the Court may enter an order of dismissal with or without prejudice. Any affected party may petition for reinstatement of the action within 21 days.